UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TYREE ELLISON

VERSUS

BATON ROUGE GENERAL
MEDICAL CENTER

CIVIL ACTION

NO. 12-209-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 11, 2012 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without leave to amend because there is no conceivable non-frivolous claim the plaintiff could allege consistent with the allegations in his Complaint and the information he provided at the *Spears* hearing.

Baton Rouge, Louisiana, this 23rd day of October, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA